UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WAYNE FRITZ (#96177)                                                CIVIL ACTION

VERSUS

N. BURL CAIN, ET AL.                                                NO.: 13-00556-BAJ-SCR

RULING AND ORDER

On March 7, 2014 the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Wayne Fritz's Reply to Answer and Defenses, Cross-Motion for Summary Judgment, and Memorandum in Support (Doc. 14) be denied without prejudice to Plaintiff's filing another motion for summary judgment after the period to complete discovery has expired.(Doc. 32.)

The Magistrate Judge's Report and Recommendation specifically notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 32, at 1.). A review of the record indicates that neither party has filed an objection to the Report.

Having carefully considered the Magistrate Judge's Report, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 32)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Plaintiff Wayne Fritz's **Reply to Answer and Defenses, Cross-Motion for Summary Judgment, and Memorandum in Support (Doc. 14)** is **DENIED, without prejudice**. Should he wish to do so, Plaintiff may file another motion for summary judgment after the time to complete discovery has expired.

Baton Rouge, Louisiana, this 2nd day of April, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**