UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WAYNE FRITZ (#96177)

VERSUS

N. BURL CAIN, ET AL

CIVIL ACTION

NUMBER 13-556-JWD-SCR

## OPINION

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report dated January 29, 2015, to which no objection was filed:

**IT IS ORDERED** that:

(1) the defendants' Motion for Summary Judgment is granted in part, dismissing any claims made on behalf of other prisoners and any other claim asserted in his Complaint except for his deliberate medical indifference claim against the defendants based on the failure to timely provide him with hernia surgery, and denying the remainder of the defendants' motion;

(2) the Plaintiff's Motion for Summary Judgment is denied;

(3) the Court declines to exercise supplemental jurisdiction over any state law claims and these claims are dismissed without prejudice; and,

(4) this action is referred back to the magistrate judge for further proceedings on the plaintiff's Eighth Amendment deliberate medical indifference claim.

Baton Rouge, Louisiana, Feb. 20, 2015.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA